**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO**

ANTON HORBENKO

      Petitioner,

v.                                                                                          No. 2:25-cv-0764 WJ/DLM

DORA CASTRO, WARDEN, *et al.*,

      Respondents.

                                                               *Consolidated with*

OLESKII VERMENYCH,

      Petitioner,

v.                                                                                          No. 2:25-cv-0767 WJ/DLM

DORA CASTRO, WARDEN, *et al.*,

      Respondents.

**MEMORANDUM OPINION AND ORDER ADOPTING THE MAGISTRATE JUDGE'S
PROPOSED FINDINGS AND RECOMMENDED DISPOSITION**

**THIS MATTER** is before the Court on the Magistrate Judge's Proposed Findings and Recommended Disposition, filed February 11, 2026 (PFRD). (Doc. 36.) The PFRD addresses the consolidated habeas petitions of Anton Horbenko and Oleskii Vermenych, each brought pursuant to 28 U.S.C. § 2241 and challenging the legality of their continued immigration detention. (*See* 2:25-cv-0764, Doc. 10; 2:25-cv-0767, Doc. 8.) In the PFRD, Judge Martínez recommends: (1) granting Petitioner Horbenko's habeas petition and ordering his release under appropriate conditions of supervision; (2) denying Petitioner Vermenych's habeas petition; and (3) denying Petitioners' remaining motions as moot. (*See* Doc. 36 at 14–15.)

The PFRD notified the parties of their ability to file objections within 14 days and that failure to do so waives appellate review. (*Id.* at 15.) To date, neither party has filed any objections, and there is nothing in the record indicating that the proposed findings were not delivered.

**IT IS THEREFORE ORDERED** that the PFRD (Doc. 36) is **ADOPTED**;

**IT IS FURTHER ORDERED** that Petitioner Horbenko's Amended Petition for Writ of Habeas Corpus (2:25-cv-0764, Doc. 10) is **GRANTED**, and he shall be released from custody under appropriate conditions of supervision pursuant to 8 U.S.C. § 1231(a)(3) and/or Form I-220B;

**IT IS FURTHER ORDERED** that Petitioner Vermenych's Amended Petition for Writ of Habeas Corpus (2:25-cv-0767, Doc. 8) is **DENIED**;[1]

**IT IS FURTHER ORDERED** that Respondents shall file a status report within seven days of the entry of this Order confirming compliance with the Court's directive to release Petitioner Horbenko under appropriate conditions of supervision pursuant to 8 U.S.C. § 1231(a)(3). The status report shall detail the terms of release, the date and manner in which release was effectuated, and any conditions of supervision imposed;

**IT IS FURTHER ORDERED** that Petitioners' remaining motions—namely, the Petition for Review, Motion to Stay Removal, and Request for Voluntary Departure (Doc.

---

[1] The Court denies Vermenych's petition based on the present statutory basis for his detention. As explained in the PFRD, Vermenych is currently detained under 8 U.S.C. § 1225(b)(2) as an arriving alien in ongoing § 240 removal proceedings following a positive credible-fear determination. (*See* Doc. 36 at 10–14.) His detention therefore falls outside the post-order framework addressed in *Zadvydas v. Davis*, 533 U.S. 678 (2001). Should Vermenych later receive a final order of removal, the statutory authority governing his detention would shift to 8 U.S.C. § 1231(a), and any challenge to post-order detention would arise under a different legal framework. Nothing in this Order precludes Vermenych from filing a new habeas petition if his circumstances materially change.

20); the Motion for Release from ICE Custody (Doc. 21); the Motion to Set Deadlines for

Removal (Doc. 32); the Motion for Order (Doc. 33); the Motion to Finalize the Matter (Doc.

35); and the Motion to Resolve Matter and Release From Supervision (Doc. 37)—are

**DENIED AS MOOT**.


/s/_____
WILLIAM P. JOHNSON
SENIOR UNITED STATES DISTRICT JUDGE